# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :

    v.                    :               CRIMINAL NO. 21-210

PASCAL GEDEON                    :

## ORDER

NOW, this /14th day of April, 2023, upon consideration of Pascal Gedeon's *pro se* Motion

for Nullification in the Jury Instruction (Doc. No. 114), and for the reasons set forth in the

accompanying Memorandum, it is hereby **ORDERED** that the motion (Doc. No. 114) is

**DENIED**.

BY THE COURT:

**GENE K. PRATTER**
**United States District Judge**