IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-210 |
| | : | |
| PASCAL GEDEON | : | |

**ORDER**

**AND NOW**, this 26th day of April, 2023, upon consideration of Pascal Gedeon's (Pro Se) Motion for Recusal (Doc. No. 87) and the Government's Response in Opposition (Doc. No. 113), it is **ORDERED** that the Motion (Doc. No. 87) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE