IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 21-210 |
| PASCAL GEDEON | : |

## ORDER

**AND NOW**, this 26 day of May, 2023, upon consideration of Pascal Gedeon's *pro se* Motion to Stop Dilatory Practices (Doc. No. 120), it is hereby **ORDERED** that the Motion (Doc. No. 120) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**