IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :     CRIMINAL NO. 21-210 |
| | : |
| PASCAL GEDEON | : |

## ORDER

**AND NOW**, this 10th day of July, 2023, upon consideration of Pascal Gedeon's *Pro Se* Motion to Dismiss the Indictment (Doc. No. 91), the Government's Response in Opposition (Doc. No. 143), Mr. Gedeon's Reply (Doc. No. 156), and Mr. Gedeon's *Pro Se* Motion to Extend Time (Doc. No. 157), it is hereby **ORDERED** that:

1. The Motion to Dismiss the Indictment (Doc. No. 91) is **DENIED** for the reasons set forth in the accompanying memorandum.

2. The Motion to Extend Time (Doc. No. 157) is **GRANTED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE