IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 21-210 |
| PASCAL GEDEON | : |

## ORDER

AND NOW, this 14th day of July, 2023, upon consideration of Pascal Gedeon's First Motion to Suppress Statements of Defendant (Doc. No. 44), the Government's Response in Opposition (Doc. No. 47), Mr. Gedeon's Reply (Doc. No. 48), Mr. Gedeon's *Pro Se* Motions to Suppress Statements (Doc. Nos. 92 & 96), Mr. Gedeon's *Pro Se* Motion to Extend Time Filed (Doc. No. 146), Mr. Gedeon's Supplemental Brief (Doc. No. 147), the Government's Supplemental Response (Doc. No. 151), and the testimony and exhibits entered into evidence during the June 1, 2023 Suppression Hearing, it is hereby **ORDERED** that:

1. The Motions to Suppress Statements (Doc. Nos. 44, 92, & 96) are **DENIED** for the reasons set forth in the accompanying memorandum.

2. The Motion to Extend Time (Doc. No. 146) is **GRANTED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE